AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

FILED
IN CLERKS OFFICE
2019 JUL 2 AM 11: 21
U.S. DISTRICT COURT
DISTRICT OF MASS.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ANTHONY J SCIBELLI | ) | Case No. 19mj3130 (KAR) |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 10, 2019 to June 20, 2019__ in the county of __Hamden__ in the
_____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 894 | Collection of an Extension of Credit by Extortionate Means |

This criminal complaint is based on these facts:
See attached affidavit

☐ Continued on the attached sheet.

_____
Complainant's signature

Michael Sheehan, Special Agent FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 7/2/19

_____
Judge's signature

City and state: _____   Katherine Robertson, U.S.M.J.
Printed name and title