UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 19-mj-3131 (KAR) |
| ) | |
| ANTHONY J. SCIBELLI, ) | |
| Defendant. ) | |

**ORDER OF DETENTION**
July 2, 2019

Robertson, U.S.M.J.

The defendant, Anthony J. Scibelli ("the Defendant"), has been charged by complaint with collection of an extension of credit by extortionate means in violation of 18 U.S.C. § 894. The government moved for pretrial detention. At the July 2, 2019 initial appearance, after consultation with counsel, the Defendant agreed to entry of an order for pre-trial detention without prejudice to the filing by the Defendant of a motion seeking pretrial release at such time as he is in a position to make such a motion.

Accordingly, it is ORDERED that the Defendant be DETAINED pending trial and it is further ORDERED that:

(1) the Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) the Defendant be afforded reasonable opportunity for private consultation with counsel; and

(3) on order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which the defendant is confined

deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to the defendant filing a motion at any time seeking a hearing to consider the issue of pre-trial detention, regardless of whether there have been changed circumstances.

     /s / Katherine A. Robertson
KATHERINE A. ROBERTSON
United States Magistrate Judge