UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

ANTHONY J. SCIBELLI,

Defendant

Criminal No. 19cr 30027-MGM

Violation:

Count One: Collection of Extensions of Credit by Extortionate Means (18 U.S.C. § 894(a))

Forfeiture Allegation:
(18 U.S.C. § 981(a)(1)(c); 28 U.S.C. § 2461(c))

INDICTMENT

COUNT ONE
Collection of Extensions of Credit by Extortionate Means
(18 U.S.C. § 894(a))

The Grand Jury charges:

Beginning in or about 2017, and continuing through on or about June 20, 2019, in Hampden County, in the District of Massachusetts, the defendant,

ANTHONY J. SCIBELLI,

did knowingly participate in the use of extortionate means, as defined in Title 18, United States Code, Section 891(7), to collect and attempt to collect extensions of credit and to punish Victim 1 for the nonrepayment thereof.

All in violation of Title 18, United States Code, Section 894(a).

FORFEITURE ALLEGATION
(18 U.S.C. § 981(a)(1)(C) & 28 U.S.C. § 2461(c))

The Grand Jury further alleges:

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 894, set forth in Count One of this Indictment, the defendant,

ANTHONY J. SCIBELLI,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

2. If any of the property described in paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property listed in paragraph 1 above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

NEIL L. DESROCHES
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

MARIANNE SHELVEY
TRIAL ATTORNEY
ORGANIZED CRIME AND GANG SECTION
UNITED STATES DEPARTMENT OF JUSTICE

District of Massachusetts: July 11th, 2019 at 2:01 p.m.
Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK