UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 19-30027-MGM |
| | ) | |
| | ) | |
| ANTHONY SCIBELLI, | ) | |
| Defendant. | ) | |

FINAL STATUS REPORT
November 26, 2019

ROBERTSON, U.S.M.J.

Pursuant to Local Rule 116.5(c)(2), the court reports as follows:

1. The government has completed its automatic disclosures. There are no discovery requests or discovery motions pending. The defendant reserves the right to request additional discovery in compliance with the Local Rules and the Federal Rules of Criminal Procedure.

2. The defendant is in the process of evaluating whether there is a basis for a motion or motions under Fed. R. Crim. P. 12(b) and reserves the right to file such a motion.

3. The parties have had very preliminary discussions about how the case will resolve. Those discussions will continue. It is too early to say whether the case will go to trial.

4. The parties anticipate that a trial would last three to four (3-4) days.

5. The parties have requested a status conference before the presiding District Judge and one has been scheduled on January 21, 2020 at 2:30 p.m.

6. The parties agree that no time will have run on the Speedy Trial Clock through the date of the status conference before the presiding District Judge. The court agrees and finds that, in this instance, the ends of justice outweigh the usual interest in a speedy trial. A separate order of excludable delay has issued.

2

7. There are no other matters to report relevant to the progress or resolution of the case.

       /s/ Katherine A. Robertson
KATHERINE A. ROBERTSON
U.S. Magistrate Judge