

**U.S. Department of Justice**

*Andrew E. Lelling*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*  *United States Courthouse*
*Facsimile:         (413) 785-0394*  *300 State Street, Suite 230*
*Springfield, Massachusetts 01105-2926*

June 23, 2020

VIA ELECTRONIC MAIL

Nikolas Andreopoulos, Esq.
One Monarch Place
Suite 1850
Springfield, MA 01144

     Re:    United States v. Anthony Scibelli
               Criminal No. 19-CR-30027-MGM

Dear Attorney Andreopoulos:

    In response to your letter requesting additional discovery dated June 8, 2020, please find the responses to your specific requests below:

(1) You requested that the government produce unredacted copies of all documents provided to you by the government.

    The government has provided documents that are redacted of only personal identification information ("P.I.I.") or information relating to on-going investigations. The government believes these redactions are necessary and, therefore, declines to provide unredacted documents. The government will make such documents that do not disclose on-going investigations available to you for review at the United States Attorney's Office upon your request and by appointment.

(2) You requested "any and all records and/or reports maintained by, or within the control of, the United States Department of Justice … relating to the informant…".

    The government has produced much of the information requested, specifically: payments made to this witness (Bates numbers 000135-000139); the criminal history of this witness (Bates numbers 000140-000142); and, audio recordings that contain potentially exculpatory statements made by this witness.

    To the extent this request seeks information and/or materials listed under Local

2

Rule 116.2(b)(2), the government will turn such information over no later than 21 days prior to trial as required by the Local Rules. (*See* Local Rule 116.2(b)(2)(D), (E), (F) & (G)). The government declines to provide any other information or materials responsive to this request because the requested information or materials are beyond the scope of discovery allowed pursuant to Rule 16 and Local Rule 116.

(3) You requested "information concerning witness #5 on the Government list of witnesses dated January 28, 2020."

The government declines to provide information or materials responsive to this request because the requested information or materials are beyond the scope of discovery allowed pursuant to Rule 16 and Local Rule 116.

Please note that the government does not intend to call "Witness #5" as a witness in this matter. The government identified "Witness #5" in a letter dated January 28, 2020 in response to a Court order to identify potential witnesses with whom your client must have no contact. *See* Dkt. No. 27 at 2, ¶ 8(j).

If you would like to discuss this letter, please do not hesitate to call me with any questions.

Very truly yours,

ANDREW E. LELLING
United States Attorney

By: */s/ Neil L. Desroches*
Neil L. Desroches
Assistant United States Attorney